**JS-6**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

JOHN DOE,

        Plaintiff,

        v.

USCIS; LOS ANGELES ASYLUM OFFICE,

        Defendants.

No. 8:24-cv-02747 DOC (JDEx)

**ORDER RE: JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION [11]**

Honorable David O. Carter
United States District Judge

    Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

    IT IS HEREBY ORDERED that the instant action shall be stayed until January 12, 2026 upon which the parties shall move to lift the stay.

Dated: February 12, 2025

*David O. Carter*

_____

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE